UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60179-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDDIE ROBINSON,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Report and Recommendation [DE 68] issued by United States Magistrate Judge James M. Hopkins on the Defendant's Motion for Production of Confidential Informant's Name and File [DE 51], Motion to Suppress All Evidence and Fruits Derived from Illegally Intercepted Jail Telephone Calls [DE 39], Motion in Limine to Exclude Jail Telephone Conversation and Transcript [DE 37], Motion for Early Jencks Disclosure [DE 38] and Motion to Suppress Evidence Seized Pursuant to Search Warrant [DE 40].  The court has considered the Report and Recommendation, the objections filed by the defendant and being otherwise fully advised in the premises it is

ORDERED and ADJUDGED that the Report and Recommendation is hereby adopted and affirmed in its entirety and the motions are DENIED, except that the Court will reserve ruling on the question of whether the tape recording and transcript of Defendant's telephone conversation from the jail will be admitted under Fed. R. Evid. 403 until the Court has had an

opportunity to hear the tape recording and review the transcript.

    DONE and ORDERED in West Palm Beach, Florida, this 5th day of January, 2009.

                                            KENNETH A. MARRA
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel